UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN J. MULLIGAN,

                       Plaintiff,

    -against-

VERIZON NEW YORK INC., et al.,

                      Defendants.
------------------------------------------------------------X



ORDER

17-CV-9390 (ALC)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on November 14, 2019, at 10:00 a.m. Counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       November 12, 2019

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE