UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEVEN J. MULLIGAN,                              :
                                                 :
                              Plaintiff,         :
          -against-                              :          ORDER
                                                 :
VERIZON NEW YORK INC., et al.,                   :          17-CV-9390 (ALC)(KNF)
                                                 :
                              Defendants.        :
-----------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/20

IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned

action on April 22, 2020, at 5:00 p.m. Counsel are directed to call (888) 557-8511 and, thereafter,

enter access code 4862532.

Dated:  New York, New York                       SO ORDERED:
        March 5, 2020

                                                 _Kevin Nathaniel Fox_

                                                 KEVIN NATHANIEL FOX
                                                 UNITED STATES MAGISTRATE JUDGE