UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN J. MULLIGAN,                              :
                                                 :
                         Plaintiff,              :
        -against-                                :          ORDER
                                                 :
VERIZON NEW YORK INC., et al.,                   :          17-CV-9390 (ALC)(KNF)
                                                 :
                         Defendants.             :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for July 22, 2020, shall be held on September 24, 2020, at 2:30 p.m.

Counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                       SO ORDERED:
        July 21, 2020

                                                            _____
                                                           KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE