```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
STEVEN J. MULLIGAN,                            :
                                               :
                              Plaintiff,       :
       -against-                               :         ORDER
                                               :
VERIZON NEW YORK INC., et al.,                 :         17-CV-9390 (ALC)(KNF)
                                               :
                              Defendants.      :
---------------------------------------------------------X
```
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for September 24, 2020, at 2:30 p.m. shall be held on September 24, 2020, at 10:30 a.m. Counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                     SO ORDERED:
        July 24, 2020

                                               _____
                                               KEVIN NATHANIEL FOX
                                               UNITED STATES MAGISTRATE JUDGE