

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

hwexler@seyfarth.com
T (212) 218-3332

www.seyfarth.com

April 18, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/19/22

<u>VIA ECF</u>

Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

MEMO ENDORSED

Re: Case 1:17-cv-09390-ALC-JW Mulligan v. Verizon New York Inc.

Dear Judge Carter:

We write to request a one-week extension to file Defendants' response to Plaintiff's motion for reconsideration, which was filed on April 14, 2022. (*See* ECF No. 85.)

Pursuant to Section 1(D) of the Court's Individual Practices: (1) Defendants' response is currently due on or by April 28, 2022; (2) this is the first request for an extension of time; (3) no previous requests have been made; and (4) opposing counsel consents to the relief requested herein. Defendants make this request as the undersigned lead counsel for Defendants will be out of the country until April 22, 2022.

Accordingly, Defendants respectfully submit that there is good cause for an order extending the time in which Defendants may file their response, to and including May 5, 2022.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Howard M. Wexler*

Howard M. Wexler

SO ORDERED:
*Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
4/19/22

cc: All counsel of record (via ECF)