UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN J. MULLIGAN,

                **Plaintiff,**

    -against-                            **17-CV-9390 (ALC)(JW)**

VERIZON NEW YORK INC. and JAMES         **OPINION AND ORDER**
MELCHIONE,

                **Defendants.**

**ANDREW L. CARTER, JR., United States District Judge:**

        In accordance with the undersigned's individual rules, joint pre-trial orders must be filed within 30 days of a decision on a dispositive motion after the conclusion of discovery.  *See* Individual Practices of Andrew L. Carter, Jr. § 4(A).  The Court issued a decision on the motion for reconsideration of the Court's summary judgment decision on December 16, 2022, but to date, no joint pre-trial order has been filed.  The Court *sua sponte* extends the deadline to **May 18, 2023**.  The joint pre-trial order should include a notion of whether the parties would like a referral to the Court's mediation program or whether the parties consent to a settlement conference before the Honorable Jennifer E. Willis.

SO ORDERED.

Dated:    April 27, 2023
             New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**