UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN J. MULLIGAN,<br><br>                  Plaintiff,<br><br>    -against-<br><br>VERIZON NEW YORK INC. and JAMES MELCHIONE,<br><br>                 Defendants. | 17-CV-9390 (ALC)(JW)<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    The Clerk of Courts is respectfully requested to terminate all pending motions and close the case.

**SO ORDERED.**

Dated:  May 1, 2023
           New York, New York

                                                                       ANDREW L. CARTER, JR.
                                                                       United States District Judge